**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

RCC

**FILED**
**DECEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7282**

In the Matter of                                                    Case Number:

MEIRAV KESHER HADADI, LTD.

v.

ZIPCAR INC., MOBILITY INC., d/b/a FLEXCAR and I-GO

**JUDGE DARRAH**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MEIRAV KESHER HADADI, LTD.

| NAME (Type or print) |
| --- |
| Paul K. Vickrey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Paul K. Vickrey |

| FIRM |
| --- |
| NIro, Scavone, Haller & Niro |

| STREET ADDRESS |
| --- |
| 181 W. Madison Street |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3127773 | 312-236-0733 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐