**FILED**
**DECEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7282**

| | |
|---|---|
| MEIRAV KESHER HADADI, LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| ZIPCAR INC., MOBILITY INC., ) | |
| d/b/a FLEXCAR and I-GO ) | |
| ) | **JUDGE DARRAH** |
| Defendants. ) | **MAGISTRATE JUDGE DENLOW** |

**PLAINTIFF MEIRAV KESHER HADADI, LTD.**
**LOCAL RULE 3.4 DISCLOSURE STATEMENT**

Pursuant to Local Rule LR 3.4, Plaintiff, MEIRAV KESHER HADADI, LTD. discloses the following notice of claims involving patents. This action involves patent infringement. The information required by 35 U.S.C. §290 is as follows:

**Name and addresses of the parties:**

**Plaintiff:**    Meirav Kesher Hadadi, Ltd.
Livne 24 Alfei
Menashe, Israel

**Defendants:**    Zipcar, Inc.
675 Massachusetts Avenue
Cambridge, MA 02139

Mobility Inc. d/b/a Flexcar
307 3rd Avenue
Seattle, WA 98104

I-Go
2125 West North Avenue
Chicago, IL 60647

**Patent Number:**

5,289,369

**Name of the Inventor:**

Israel Hirshberg

FOR MEIRAV KESHER HADADI, LTD

_/s/ Paul K. Vickrey_____
Paul K. Vickrey
Email: vickrey@nshn.com
Sally J. Wiggins
Email: wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137