RCC

FILED
DECEMBER 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEIRAV KESHER HADADI, LTD. | ) | |
| | ) | **07 C 7282** |
| Plaintiff, | ) | |
| | ) | Case No. |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| ZIPCAR INC., MOBILITY INC., | ) | |
| d/b/a FLEXCAR and I-GO | ) | |
| | ) | |
| Defendants. | ) | **JUDGE DARRAH** |
| | | **MAGISTRATE JUDGE DENLOW** |

**PLAINTIFF MEIRAV KESHER HADADI, LTD.
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule LR 3.2, plaintiff, MEIRAV KESHER HADADI, LTD. states that it is a non-governmental party that has no parent corporations, and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

MEIRAV KESHER HADADI, LTD

 /s/ Paul K. Vickrey
Paul K. Vickrey
Email: vickrey@nshn.com
Sally J. Wiggins
Email: wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137