# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Meirav Kesher Hadadi, Ltd., Plaintiff
v.
Zipcar Inc., Mobility Inc. d/b/a Flexcar and I-Go, Defendants

Case Number: 07C7282

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Zipcar Inc., Mobility Inc. d/b/a Flexcar and I-Go

| | |
|---|---|
| NAME (Type or print) Marshall Seeder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Marshall Seeder | |
| FIRM Reed Smith LLP | |
| STREET ADDRESS 10 South Wacker Drive, Suite 4000 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 03127674 | TELEPHONE NUMBER 312-207-6537 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES☐ NO☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES☒ NO☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES☒ NO☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES☐ NO☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL☐    APPOINTED COUNSEL☐ | |