IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 07C7282 |
| | ) | |
| v. | ) | The Honorable John W. Darrah, |
| | ) | Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,** | ) | |
| | ) | Magistrate Judge Denlow |
| | ) | |
| *Defendants.* | ) | |

## DEFENDANTS' NOTIFICATION AS TO AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the Defendants state as follows:

1. Zipcar, Inc. ("Zipcar") is not a public company and does not have any parent corporations. Evercel, Inc., a public corporation, owns more than 5% of Zipcar's stock. Mobility, Inc. merged into Zipcar on or about October 21, 2007.

2. The Community Energy Cooperative, d/b/a I-GO ("I-GO") is an Illinois non-for-profit corporation, does not have any parent corporations, and no publicly held corporation owns 5% of its stock.

Respectfully submitted,

**ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR, and I-GO,** *Defendants*

By: */s/ Jennifer Yule DePriest*
Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
Counsel for Defendants
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
Email: jdepriest@reedsmith.com

- 2 -

*Of Counsel*:

Wayne L. Stoner
Benjamin M. Stern
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (612) 526-5000

Dated:  February 1, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, a copy of the foregoing **Defendants' Notification as to Affiliates** was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

> Paul K. Vickrey
> vickrey@nshn.com
> Sally J. Wiggins
> wiggins@nshn.com
> NIRO, SCAVONE, HALLER & NIRO
> 181 West Madison, Suite 4600
> Chicago, IL 60602
> (312) 236-0733
> (312) 236-3137 (fax)

>                 */s/ Jennifer Yule DePriest*
>                 Jennifer Yule DePriest

#2156222