IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) | |
| *Plaintiff,* | ) ) | Case No. 07C7282 |
| v. | ) ) ) | The Honorable John W. Darrah, Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,** | ) ) | Magistrate Judge Denlow |
| *Defendants.* | ) ) | |

## JOINT MOTION TO CONTINUE DATE FOR INITIAL STATUS HEARING

Plaintiff Meirav Kesher Hadadi, Ltd. and defendants Zipcar Inc., Mobility Inc. d/b/a Flexcar and I-GO (collectively, "Zipcar"), by their attorneys, hereby jointly request that the Court continue the date for the initial status hearing, currently scheduled for February 28, 2008 at 9:00 a.m., to March 27, 2008.  In support of this joint motion, the parties state as follows:

1. On December 28, 2007, plaintiff filed the complaint in the present action, asserting a claim of patent infringement.

2. On January 15, 2008, the Court issued an order setting an initial status hearing for February 28, 2008.

3. On January 21, 2008, Zipcar was served with the complaint, and its response is due Monday, February 11, 2008

4. Lead counsel retained by Zipcar, Wayne L. Stoner and Benjamin M. Stern with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, have pre-existing professional obligations that conflict with the February 28, 2008 initial status hearing set by the Court.

5. In addition, the parties are in the process of attempting to resolve the matter before they incur substantial additional fees and costs associated with preparing and filing a Rule

26(f) report in accordance with the requirements of the Federal Rules of Civil Procedure and the Court's Standing Order.

WHEREFORE, the parties respectfully request a 30-day continuance of the initial status hearing to March 27, 2008.

Dated:  February 1, 2008

          **ZIPCAR INC., MOBILITY, INC. d/b/a FLEXCAR, and I-GO,** *Defendants*

By:  */s/ Jennifer Yule DePriest*
      Marshall Seeder (Bar No. 03127674)
      Jennifer Yule DePriest (Bar No. 6272137)
      Counsel for Zipcar Inc.
      REED SMITH LLP
      10 South Wacker Drive
      Suite 4000
      Chicago, IL 60606
      (312) 207-1000
      (312) 207-6400 (fax)
      jdepriest@reedsmith.com


**MEIRAV KESHER HADADI, LTD.,** *Plaintiff*

By:  */s/ Paul K. Vickrey*
      Paul K. Vickrey
      vickrey@nshn.com
      Sally J. Wiggins
      wiggins@nshn.com
      NIRO, SCAVONE, HALLER & NIRO
      181 West Madison, Suite 4600
      Chicago, IL 60602
      (312) 236-0733
      (312) 236-3137 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, a copy of the foregoing **Joint Motion To Continue Date For Initial Status Hearing** was filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Paul K. Vickrey
vickrey@nshn.com
Sally J. Wiggins
wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137 (fax)

*/s/ Jennifer Yule DePriest*
Jennifer Yule DePriest

CHILIB-2155971.1-999906-00700