**IN THE UNITED STATES DISTRICT COURT'**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 07C7282 |
| | ) | |
| v. | ) | The Honorable John W. Darrah, |
| | ) | Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a** | ) | |
| **FLEXCAR and I-GO,** | ) | Magistrate Judge Denlow |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on February 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Joint Motion to Continue Date for Initial Status Hearing**, a copy of which is attached hereto and hereby served upon you.

Dated: February 1, 2008.

Respectfully submitted,

**ZIPCAR INC., MOBILITY INC. d/b/a**
**FLEXCAR and I-GO,** *Defendants*


By:   */s/ Jennifer Yule DePriest*
      Marshall Seeder (Bar No. 03127674)
      Jennifer Yule DePriest (Bar No. 6272137)
      Counsel for Defendants
      REED SMITH LLP
      10 South Wacker Drive
      Suite 4000
      Chicago, IL 60606
      (312) 207-1000
      (312) 207-6400 (fax)
      jdepriest@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, a copy of the foregoing **Notice of Motion** was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Paul K. Vickrey
vickrey@nshn.com
Sally J. Wiggins
wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137 (fax)

*/s/ Jennifer Yule DePriest*
Jennifer Yule DePriest

CHILIB-2155907.1-999906-00810