# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) | |
| *Plaintiff,* | ) ) ) | Case No. 07C7282 |
| v. | ) ) | The Honorable John W. Darrah, Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,** | ) ) ) | Magistrate Judge Denlow |
| *Defendants.* | ) ) | |

## AGREED MOTION TO SET DATE TO RESPOND TO COMPLAINT

Plaintiff Meirav Kesher Hadadi, Ltd. and defendants Zipcar Inc., Mobility Inc. d/b/a Flexcar and I-GO (collectively, "Zipcar"), by their attorneys, hereby submit this agreed motion to set the date by which defendants must respond to plaintiff's complaint to February 29, 2008. In support of this agreed motion, the parties state as follows:

1. On December 28, 2007, plaintiff filed the complaint in the present action, asserting a claim of patent infringement.

2. On January 21, 2008, Zipcar was served with the complaint, and its response is due Monday, February 11, 2008.

3. The initial status hearing before the Court in this matter has been continued to March 27, 2008.

4. A short extension of the date by which defendants must respond to plaintiff's complaint – to February 29, 2008 – will not prejudice plaintiff.

WHEREFORE, the parties request that the Court enter an order setting February 29, 2008 as the date on or before which defendants must respond to the Complaint.

Dated: February 7, 2008

CHILIB-2158548.1

- 2 -

By: */s/ Jennifer Yule DePriest*
Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
Counsel for Zipcar Inc.
REED SMITH LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 (fax)
jdepriest@reedsmith.com

**MEIRAV KESHER HADADI, LTD.,** *Plaintiff*

By: */s/ Paul K. Vickrey*
Paul K. Vickrey
vickrey@nshn.com
Sally J. Wiggins
wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, a copy of the foregoing **Agreed Motion To Set Date to Respond to Complaint** was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

> Paul K. Vickrey
> vickrey@nshn.com
> Sally J. Wiggins
> wiggins@nshn.com
> NIRO, SCAVONE, HALLER & NIRO
> 181 West Madison, Suite 4600
> Chicago, IL 60602
> (312) 236-0733
> (312) 236-3137 (fax)

                */s/ Jennifer Yule DePriest*
                Jennifer Yule DePriest