## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7282 | **DATE** | 2/11/08 |
| **CASE TITLE** | Meirav Kesher Hadadi, Ltd. v. Zipcar, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for an extension of time [16, 17] is granted. Defendants have until 2/29/08 to respond to the Complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|