IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) |
| *Plaintiff*, | ) ) No. 07 C 7282 |
| v. | ) ) The Honorable John W. Darrah, ) Judge Presiding |
| **ZIPCAR INC., MOBILITY INC d/b/a FLEXCAR** and **I-GO,** | ) ) The Honorable Morton Denlow, ) Magistrate Judge |
| *Defendants*. | ) |

**UNOPPOSED MOTION FOR LEAVE TO
FILE ADDITIONAL ATTORNEY APPEARANCES**

Pursuant to Local Rule 83.17, defendant I-Go moves for leave to file the appearances of the following additional attorneys: Leif R. Sigmond, Jr. and Jennifer M. Kurcz, both of the law firm McDonnell Boehnen Hulbert & Berghoff LLP. These appearances are in addition to the appearance of the attorneys from the law firms of Wilmer Cutler Pickering Hale and Dorr LLP and Reed Smith LLP, who will remain as counsel for I-Go in this case.

Dated: February 29, 2008.

                                                **ZIPCAR INC., MOBILITY, INC. d/b/a
FLEXCAR and I-GO,** *Defendants/Counterclaim-Plaintiffs*

                                          By:    /s/ Jennifer Yule DePriest
                                                  Marshall Seeder (Bar No. 03127674)
                                                  Jennifer Yule DePriest (Bar No. 6272137)
                                                  Reed Smith LLP
                                                  10 South Wacker Drive
                                                  Suite 4000
                                                  Chicago, IL 60606
                                                  Telephone: (312) 207-1000
                                                  Facsimile: (312) 207-6400
                                                  (jdepriest@reedsmith.com)

- 2 -

Wayne L. Stoner (admitted *pro hac vice*)
(wayne.stoner@wilmerhale.com)
Benjamin M. Stern (admitted *pro hac vice*)
(benjamin.stern@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (612) 526-5000

*Attorneys for Defendants/Counterclaim-Plaintiffs Zipcar, Inc., Mobility, Inc. d/b/a Flexcar, and I-GO*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 29, 2008, a copy of the foregoing **Unopposed Motion For Leave To File Additional Attorney Appearances** was filed.  Notice of this filing will be sent by operation of the court's electronic filing system to the following:

Paul K. Vickrey
vickrey@nshn.com
Sally J. Wiggins
wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137 (fax)

                                              */s/ Jennifer Yule DePriest*
                                                Jennifer Yule DePriest