### IN THE UNITED STATES DISTRICT COURT'
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) |
| *Plaintiff,* | ) Case No. 07C7282 |
| v. | ) The Honorable John W. Darrah, Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,** | ) The Honorable Morton Denlow, Magistrate Judge |
| *Defendants.* | ) |

### NOTICE OF MOTION

TO:  See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on March 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Unopposed Motion for Leave to File Additional Attorney Appearances**, a copy of which is attached hereto and hereby served upon you.

Dated: February 29, 2008.

Respectfully submitted,

**ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,** *Defendants/Counterclaim-Plaintiffs*

By:   */s/ Jennifer Yule DePriest*
Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone:  (312) 207-1000
Facsimile:  (312) 207-6400
(jdepriest@reedsmith.com)

Wayne L. Stoner (admitted *pro hac vice*)
(wayne.stoner@wilmerhale.com)
Benjamin M. Stern (admitted *pro hac vice*)
(benjamin.stern@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (612) 526-5000

*Attorneys for Defendants/Counterclaim-Plaintiffs Zipcar, Inc., Mobility, Inc. d/b/a Flexcar, and I-GO*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, a copy of the foregoing **Notice of Motion** was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Paul K. Vickrey
vickrey@nshn.com
Sally J. Wiggins
wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137 (fax)

*/s/ Jennifer Yule DePriest*
Jennifer Yule DePriest

CHILIB-2155907.1-325477-00001