**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MEIRAV KESHER HADADI, LTD.,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**ZIPCAR INC., MOBILITY INC d/b/a** )<br>**FLEXCAR** and **I-GO,** )<br>)<br>*Defendants*. ) | No. 07 C 7282<br><br>The Honorable John W. Darrah,<br>Judge Presiding<br><br>The Honorable Morton Denlow,<br>Magistrate Judge |

**DEFENDANT I-GO's AMENDED NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, defendant I-GO states as follows:

1. Paragraph 2 of the DEFENDANTS' NOTIFICATION AS TO AFFILIATES, filed on February 1, 2008, should be deleted and replaced with paragraph 2 below:

2. I-Go Alternative Transportation of Chicagoland, Inc. ("I-GO") d/b/a I-GO, is an Illinois not-for-profit corporation. Currently, the only voting member of the corporation is the Center for Neighborhood Technology, an Illinois not-for-profit corporation headquartered in Chicago. I-GO has no other parent corporations and no publicly held corporation owns 5% or more of its stock.

Dated: February 29, 2008.

**ZIPCAR INC., MOBILITY, INC. d/b/a FLEXCAR and I-GO,** *Defendants/Counterclaim-Plaintiffs*

By: /s/ Jennifer Yule DePriest
 Marshall Seeder (Bar No. 03127674)
 Jennifer Yule DePriest (Bar No. 6272137)
 Reed Smith LLP
 10 South Wacker Drive
 Suite 4000
 Chicago, IL 60606
 Telephone: (312) 207-1000
 Facsimile: (312) 207-6400
 (jdepriest@reedsmith.com)

 Wayne L. Stoner (admitted *pro hac vice*)
 (wayne.stoner@wilmerhale.com)
 Benjamin M. Stern (admitted *pro hac vice*)
 (benjamin.stern@wilmerhale.com)
 WILMER CUTLER PICKERING HALE AND DORR LLP
 60 State Street
 Boston, MA 02109
 Telephone: (617) 526-6000
 Facsimile: (612) 526-5000

 *Attorneys for Defendants/Counterclaim-Plaintiffs Zipcar, Inc., Mobility, Inc. d/b/a Flexcar, and I-GO*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 29, 2008, a copy of the foregoing **DEFENDANT I-GO's AMENDED NOTIFICATION AS TO AFFILIATES** was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Paul K. Vickrey
vickrey@nshn.com
Sally J. Wiggins
wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137 (fax)

                              */s/ Jennifer Yule DePriest*
                                Jennifer Yule DePriest