# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7282 | **DATE** | 3/3/08 |
| **CASE TITLE** | Meirav Kesher Hadadi, Ltd. v. Zipcar Inc. et al | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for leave to file additional attorney appearances [22, 23] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|