## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7282 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Hadadi vs. Zipcar, Inc., et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Opening claim construction briefs to be filed by 7/28/08, responses by 8/25/08, replies by 9/9/08. Status hearing and ruling set for 11/5/08 at 9:00 a.m. Discovery ordered closed on 3/20/09. Dispositive motions to be filed by 5/15/09, responses by 6/11/09, replies by 6/25/09. Status hearing set for 8/11/09 at 9:00 a.m. Pretrial order to be filed by 9/16/09. Pretrial conference set for 9/30/09 at 1:30 p.m. Jury trial set for 10/5/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7282 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Hadadi vs. Zipcar, Inc., et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Opening claim construction briefs to be filed by 7/28/08, responses by 8/25/08, replies by 9/9/08. Status hearing and ruling set for 11/5/08 at 9:00 a.m. Discovery ordered closed on 3/20/09. Dispositive motions to be filed by 5/15/09, responses by 6/11/09, replies by 6/25/09. Status hearing set for 8/11/09 at 9:00 a.m. Pretrial order to be filed by 9/16/09. Pretrial conference set for 9/30/09 at 1:30 p.m. Jury trial set for 10/5/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|