IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIRAV KESHER HADADI, LTD.,<br><br>    *Plaintiff and Counter-defendant,*<br><br>v.<br><br>ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,<br><br>    *Defendants and Counter-plaintiffs.* | Case No. 07C7282<br><br>The Honorable John W. Darrah, Judge Presiding<br><br>Magistrate Judge Denlow |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Meirav Kesher Hadadi, Ltd. and defendants Zipcar Inc., Mobility Inc. d/b/a Flexcar and I-GO (collectively, "Zipcar"), by their attorneys, hereby jointly request that the Court amend the scheduling order entered by the Court on March 27, 2008 following the initial status conference (the "Scheduling Order"). In support of this joint motion, the parties state as follows:

1. On March 27, 2008, the parties appeared before the Court for an initial status conference.

2. At the initial status conference, the parties discussed – and the Court allowed – various deadlines in the case, some of which are reflected in the Court's Scheduling Order. The parties believe that the additional dates discussed at the conference should be part of the Scheduling Order.

3. The parties therefore respectfully request that the Scheduling Order should be amended to read as follows:[1]

---

[1] New dates are in bold typeface.

| Event | Date |
|---|---|
| **Parties to exchange Rule 26(a)(1) disclosures** | April 17, 2008 |
| **Parties to exchange list of claim limitations in dispute** | May 1, 2008 |
| **Parties to exchange proposed constructions of claim limitations in dispute and identify extrinsic evidence to support such constructions** | June 2, 2008 |
| Parties to file joint claim construction chart listing proposed constructions and identifying any extrinsic evidence parties intend to use with respect to claim construction | June 30, 2008 |
| Parties to file opening claim construction briefs | July 28, 2008 |
| Parties to file responsive claim construction briefs | August 25, 2008 |
| Parties to file reply briefs to responsive claim construction briefs | September 9, 2008 |
| Status conference and ruling regarding claim construction | November 5, 2008 at 9:00 a.m. |
| **Parties to amend pleadings to join additional parties** | October 2, 2008 |
| **Fact discovery to be completed** | **December 5, 2008 (all discovery must be initiated to be completed by this date)** |
| **Parties to serve expert reports for any issue on which a party carries the burden of proof** | **January 20, 2009** |
| **Parties to serve rebuttal expert reports** | **February 20, 2009** |
| **Expert discovery to be completed** | **March 20, 2009**[2] |
| Parties to file dispositive motions | May 15, 2009 |
| Parties to file responses to dispositive motions | June 11, 2009 |
| Parties to file reply briefs to responses to dispositive motions | June 25, 2009 |
| Status conference | August 11, 2009 at 9:00 a.m. |

---

[2]   The Scheduling Order currently states that discovery is ordered closed on March 20, 2009. The schedule set forth herein specifies deadlines for close of fact and close of expert discovery.

| Event | Date |
|---|---|
| Parties to file pretrial order | September 16, 2009 |
| Pretrial conference | September 30, 2009 at 1:30 p.m. |
| Trial | October 5, 2009 at 9:00 a.m. |

4. Adding the above dates to the Scheduling Order will not impact the dates otherwise set by the Court in the Scheduling Order.

5. The parties are submitting a joint proposed order for electronic entry in accordance with the Court's Standing Order. The proposed order includes the dates set forth in the Scheduling Order, as well as the above dates.

WHEREFORE, the parties respectfully request that the Court grant the parties' Joint Motion to Amend the Scheduling Order.

Dated: April 3, 2008

By: /s/ Jennifer Yule DePriest
Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
REED SMITH LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 (fax)
jdepriest@reedsmith.com

Wayne L. Stoner (admitted *pro hac vice*)
Benjamin M. Stern (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

I-GO ALTERNATIVE TRANSPORTATION of
CHICAGOLAND, INC. d/b/a I-GO,

By: ___/s/ Leif R. Sigmund_____
    Leif R. Sigmund, Jr.
    Jennifer Kurcz
    McDONNELL BOEHNEN HULBERT &
    BERGHOFF LLP
    300 S. Wacker Drive, 31st Floor
    Chicago, IL 60606
    (312) 913-0001


MEIRAV KESHER HADADI, LTD.,

By: ___/s/ Paul K. Vickrey_____
    Paul K. Vickrey
    Sally J. Wiggins
    Karen Blouin@nshn.com
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison, Suite 4600
    Chicago, IL 60602
    (312) 236-0733
    (312) 236-3137 (fax)

CHILIB-2170527.1-jydeprie-325477-00001