IN THE UNITED STATES DISTRICT COURT'
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIRAV KESHER HADADI, LTD., ) | |
| ) | |
| *Plaintiff,* ) | Case No. 07C7282 |
| ) | |
| v. ) | The Honorable John W. Darrah, |
| ) | Judge Presiding |
| ZIPCAR INC., MOBILITY INC. d/b/a ) | |
| FLEXCAR and I-GO, ) | The Honorable Morton Denlow, |
| ) | Magistrate Judge |
| *Defendants.* ) | |

### NOTICE OF MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on April 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Joint Motion to Amend the Scheduling Order**, a copy of which is attached hereto and hereby served upon you.

Dated: April 3, 2008.

        Respectfully submitted,

        **ZIPCAR INC., MOBILITY INC. d/b/a**
        **FLEXCAR and I-GO,** *Defendants/Counterclaim-Plaintiffs*

    By:___*/s/ Jennifer Yule DePriest*_____
        Marshall Seeder (Bar No. 03127674)
        Jennifer Yule DePriest (Bar No. 6272137)
        Reed Smith LLP
        10 South Wacker Drive
        Suite 4000
        Chicago, IL 60606
        Telephone: (312) 207-1000
        Facsimile: (312) 207-6400
        (jdepriest@reedsmith.com)

Wayne L. Stoner (admitted *pro hac vice*)
(wayne.stoner@wilmerhale.com)
Benjamin M. Stern (admitted *pro hac vice*)
(benjamin.stern@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (612) 526-5000

*Attorneys for Defendants/Counterclaim-Plaintiffs Zipcar, Inc., Mobility, Inc. d/b/a Flexcar, and I-GO*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, a copy of the foregoing **Notice of Motion** was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

> Paul K. Vickrey
> vickrey@nshn.com
> Sally J. Wiggins
> wiggins@nshn.com
> NIRO, SCAVONE, HALLER & NIRO
> 181 West Madison, Suite 4600
> Chicago, IL 60602
> (312) 236-0733
> (312) 236-3137 (fax)

/s/ Jennifer Yule DePriest
Jennifer Yule DePriest

CHILIB-2155907.1-325477-00001