Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7282 | **DATE** | 4/9/2008 |
| **CASE TITLE** | Hadadi vs. Zipcar, et. al. | | |

**DOCKET ENTRY TEXT**

Parties joint motion to amend/correct the scheduling order is granted [35]. Enter Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|

07C7282 Hadadi vs. Zipcar, et. Al.