

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MEIRAV KESHER HADADI, LTD.

Plaintiff/
Counterclaim Defendant,

v.

ZIPCAR INC., MOBILITY INC.,
d/b/a FLEXCAR and I-GO

Defendants/
Counterclaim Plaintiffs.

Case No. 07C7282

The Honorable John W. Darrah
Mag. Judge Denlow

**SCHEDULING ORDER**

Pursuant to the parties' Joint Initial Status Rule 26(f) Report and the initial status conference held March 27, 2008, this case shall proceed as follows:

| **Event** | **Date** |
|---|---|
| Parties to exchange Rule 26(a)(1) disclosures | April 17, 2008 |
| Parties to exchange list of claim limitations in dispute | May 1, 2008 |
| Parties to exchange proposed constructions of claim limitations in dispute and identify extrinsic evidence to support such constructions | June 2, 2008 |
| Parties to file joint claim construction chart listing proposed constructions and identifying any extrinsic evidence parties intend to use with respect to claim construction | June 30, 2008 |
| Parties to file opening claim construction briefs | July 28, 2008 |
| Parties to file responsive claim construction briefs | August 25, 2008 |
| Parties to file reply briefs to responsive claim construction briefs | September 9, 2008 |
| Status conference and ruling regarding claim construction | November 5, 2008 at 9:00 a.m. |
| Parties to amend pleadings to join additional parties | October 2, 2008 |

| Event | Date |
|---|---|
| Fact discovery to be completed | December 5, 2008 (all discovery must be initiated to be completed by this date) |
| Parties to serve expert reports for any issue on which a party carries the burden of proof | January 20, 2009 |
| Parties to serve rebuttal expert reports | February 20, 2009 |
| Expert discovery to be completed | March 20, 2009 |
| Parties to file dispositive motions | May 15, 2009 |
| Parties to file responses to dispositive motions | June 11, 2009 |
| Parties to file reply briefs to responses to dispositive motions | June 25, 2009 |
| Status conference | August 11, 2009 at 9:00 a.m. |
| Parties to file pretrial order | September 16, 2009 |
| Pretrial conference | September 30, 2009 at 1:30 p.m. |
| Trial | October 5, 2009 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: April 9, 2008

John W. Darrah

The Honorable John W. Darrah
United States District Court