**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 07C7282

Meirav Kesher Hadadi, Ltd., Plaintiff
v.
Zipcar Inc., Mobility Inc. d/b/a Flexcar
and I-Go, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Zipcar Inc., Mobility Inc. d/b/a Flexcar and I-Go

| | |
|---|---|
| NAME (Type or print) Lauren G. Brunswick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lauren Brunswick | |
| FIRM Wilmer Cutler Pickering Hale and Dorr LLP | |
| STREET ADDRESS 60 State Street | |
| CITY/STATE/ZIP Boston, MA 02109 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 617-526-6321 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |