**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) | |
| | ) | |
| *Plaintiff and Counter-defendant,* | ) | Case No. 07C7282 |
| | ) | |
| v. | ) | The Honorable John W. Darrah, |
| | ) | Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a** | ) | |
| **FLEXCAR and I-GO,** | ) | Magistrate Judge Denlow |
| | ) | |
| *Defendants and Counter-plaintiffs.* | ) | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Meirav Kesher Hadadi, Ltd. and defendants Zipcar Inc., Mobility Inc. d/b/a Flexcar and I-GO (collectively, "Zipcar"), by their attorneys, hereby jointly request that the Court amend the scheduling order entered by the Court (the "Scheduling Order").  In support of this joint motion, the parties state as follows:

1.      On March 27, 2008, the parties appeared before the Court for an initial status conference.

2.      The parties agreed to an amendment of the Scheduling Order which was granted by the Court on April 10, 2008.

3.      The parties respectfully propose moving each of the dates in the Scheduling Order back (approximately) 30 days, as they believe that such an amendment would facilitate a meaningful effort to resolve the case at this time.

4.      The parties therefore respectfully request that the Scheduling Order should be amended to read as follows:

| Event | Date |
|---|---|
| Parties to exchange Rule 26(a)(1) disclosures | Completed |

| Event | Date |
|-------|------|
| Parties to exchange list of claim limitations in dispute | June 2, 2008 |
| Parties to exchange proposed constructions of claim limitations in dispute and identify extrinsic evidence to support such constructions | July 1, 2008 |
| Parties to file joint claim construction chart listing proposed constructions and identifying any extrinsic evidence parties intend to use with respect to claim construction | July 30, 2008 |
| Parties to file opening claim construction briefs | August 27, 2008 |
| Parties to file responsive claim construction briefs | September 23, 2008 |
| Parties to file reply briefs to responsive claim construction briefs | October 8, 2008 |
| Status conference and ruling regarding claim construction | At the Court's convenience |
| Parties to amend pleadings to join additional parties | October 31, 2008 |
| Fact discovery to be completed | January 16, 2008 (all discovery must be initiated to be completed by this date) |
| Parties to serve expert reports for any issue on which a party carries the burden of proof | February 19, 2009 |
| Parties to serve rebuttal expert reports | March 18, 2009 |
| Expert discovery to be completed | April 17, 2009 |
| Parties to file dispositive motions | June 12, 2009 |
| Parties to file responses to dispositive motions | July 10, 2009 |
| Parties to file reply briefs to responses to dispositive motions | July 24, 2009 |
| Status conference | At the Court's convenience |
| Parties to file pretrial order | October 15, 2009 |
| Pretrial conference | At the Court's convenience |
| Trial | At the Court's convenience |

5. The parties are submitting a joint proposed order for electronic entry in accordance with the Court's Standing Order.

WHEREFORE, the parties respectfully request that the Court grant the parties' Joint Motion to Amend the Scheduling Order.

Dated: _____, 2008

**ZIPCAR INC., MOBILITY INC. D/B/A FLEXCAR AND I-GO**

By: __/s/ Benjamin M. Stern_____
         Benjamin M. Stern (admitted *pro hac vice*)
         Proskauer Rose
         One International Place
         Boston, MA  02110-2600
         (617) 526-9600
         (617) 526-9899 (fax)

         Marshall Seeder (Bar No. 03127674)
         Jennifer Yule DePriest (Bar No. 6272137)
         REED SMITH LLP
         10 South Wacker Drive
         Suite 4000
         Chicago, IL 60606
         (312) 207-1000
         (312) 207-6400 (fax)

         Wayne L. Stoner (admitted *pro hac vice*)
         Lauren Brunswick (admitted *pro hac vice*)
         WILMER CUTLER PICKERING HALE AND DORR LLP
         60 State Street
         Boston, MA 02109
         (617) 526-6000

**I-GO ALTERNATIVE TRANSPORTATION of CHICAGOLAND, INC. d/b/a I-GO**

By: ____/s/ Leif R. Sigmund_____
         Leif R. Sigmund, Jr.
         Jennifer Kurcz
         McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
         300 S. Wacker Drive, 31st Floor
         Chicago, IL 60606

**MEIRAV KESHER HADADI, LTD.,**

By: *   /s/ Paul K. Vickrey*
      Paul K. Vickrey
      Sally J. Wiggins
      NIRO, SCAVONE, HALLER & NIRO
      181 West Madison, Suite 4600
      Chicago, IL 60602
      (312) 236-0733
      (312) 236-3137 (fax)