IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MEIRAV KESHER HADADI, LTD.,** | ) | |
| *Plaintiff and Counter-defendant,* | ) ) ) | Case No. 07C7282 |
| v. | ) ) | The Honorable John W. Darrah, Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,** | ) ) ) | Magistrate Judge Denlow |
| *Defendants and Counter-plaintiffs.* | ) ) | |

### [PROPSED] SCHEDULING ORDER

Pursuant to the parties' Joint Initial Status Rule 26(f) Report and the initial status conference held March 27, 2008, this case shall proceed as follows:

| Event | Date |
|---|---|
| Parties to exchange Rule 26(a)(1) disclosures | Completed |
| Parties to exchange list of claim limitations in dispute | June 2, 2008 |
| Parties to exchange proposed constructions of claim limitations in dispute and identify extrinsic evidence to support such constructions | July 1, 2008 |
| Parties to file joint claim construction chart listing proposed constructions and identifying any extrinsic evidence parties intend to use with respect to claim construction | July 30, 2008 |
| Parties to file opening claim construction briefs | August 27, 2008 |
| Parties to file responsive claim construction briefs | September 23, 2008 |
| Parties to file reply briefs to responsive claim construction briefs | October 8, 2008 |
| Status conference and ruling regarding claim construction | At the Court's convenience |
| Parties to amend pleadings to join additional parties | October 31, 2008 |
| Fact discovery to be completed | January 16, 2008 (all discovery must be initiated to be completed by this date) |

| **Event** | **Date** |
|---|---|
| Parties to serve expert reports for any issue on which a party carries the burden of proof | February 19, 2009 |
| Parties to serve rebuttal expert reports | March 18, 2009 |
| Expert discovery to be completed | April 17, 2009 |
| Parties to file dispositive motions | June 12, 2009 |
| Parties to file responses to dispositive motions | July 10, 2009 |
| Parties to file reply briefs to responses to dispositive motions | July 24, 2009 |
| Status conference | At the Court's convenience |
| Parties to file pretrial order | October 15, 2009 |
| Pretrial conference | At the Court's convenience |
| Trial | At the Court's convenience |

IT IS SO ORDERED:


Dated:   May ____, 2008

                                                     _____
                                                     The Honorable John W. Darrah
                                                     United States District Court