IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEIRAV KESHER HADADI, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 07 C 7282 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Darrah |
| ZIPCAR INC., MOBILITY INC., | ) | Mag. Judge Denlow |
| d/b/a FLEXCAR and I-GO | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:    See Attached Certificate of Service

PLEASE TAKE NOTICE THAT on Wednesday, May 14, 2008 at 9:00 a.m., the undersigned will appear before the Honorable John W. Darrah or any Judge sitting in his stead, in the courtroom usually occupied by him (Room 1203) at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present a **JOINT MOTION TO AMEND THE SCHEDULING ORDER**, a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Paul K. Vickrey

Paul K.Vickrey
Sally J. Wiggins
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515 Paul K. Vickrey
Sally J. Wiggins
Niro, Scavone, Haller & Niro
(312) 236-0733/Fax:  (312) 236-3137

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I filed the foregoing  Joint Motion to Amend the
Scheduling Order and [Proposed] Scheduling Order with the Clerk of Court using the ECF
system which will send notification of such filing to the following:


Benjamin M. Stern
Proskauer Rose
One International Place
Boston, MA  02110-2600
(617) 526-9600
(617) 526-9899 (fax)

Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
REED SMITH LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 (fax)

Wayne L. Stoner
Lauren Brunswick
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Leif R. Sigmund, Jr.
Jennifer Kurcz
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive, 31st Floor
Chicago, IL 60606


                                             /s/ Paul K. Vickrey