IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MEIRAV KESHER HADADI, LTD.,**<br><br>*Plaintiff and Counter-defendant,*<br><br>v.<br><br>**ZIPCAR INC., MOBILITY INC. d/b/a FLEXCAR and I-GO,**<br><br>*Defendants and Counter-plaintiffs.* | Case No. 07C7282<br><br>The Honorable John W. Darrah,<br>Judge Presiding<br><br>Magistrate Judge Denlow |

## RE-NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE THAT on Tuesday, May 20, 2008 at 9:00 a.m., the undersigned will appear before the Honorable John W. Darrah or any Judge sitting in his stead, in the courtroom usually occupied by him (Room 1203) at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present a **JOINT MOTION TO AMEND THE SCHEDULING ORDER**, a copy of which was previously served upon you.

                                                             Respectfully submitted,


                                                             /s/ Paul K. Vickrey
                                                             Paul K. Vickrey
                                                             Sally J. Wiggins
                                                             Niro, Scavone, Haller & Niro
                                                             181 West Madison, Suite 4600
                                                             Chicago, Illinois 60602-4515
                                                             (312) 236-0733/Fax: (312) 236-3137

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 9, 2008, I filed the foregoing Joint Motion to Amend the Scheduling Order and [Proposed] Scheduling Order with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Benjamin M. Stern (admitted *pro hac vice*)
    Proskauer Rose
    One International Place
    Boston, MA  02110-2600
    (617) 526-9600
    (617) 526-9899 (fax)

    Marshall Seeder (Bar No. 03127674)
    Jennifer Yule DePriest (Bar No. 6272137)
    REED SMITH LLP
    10 South Wacker Drive
    Suite 4000
    Chicago, IL 60606
    (312) 207-1000
    (312) 207-6400 (fax)

    Wayne L. Stoner (admitted pro hac vice)
    Lauren Brunswick (admitted pro hac vice)
    WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    (617) 526-6000

    Leif R. Sigmund, Jr.
    Jennifer Kurcz
    McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
    300 S. Wacker Drive, 31st Floor
    Chicago, IL 60606