IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIRAV KESHER HADADI, LTD., | ) |
| Plaintiff, | ) CASE NO. 07 C 7282 |
| v. | ) |
| | ) Honorable Judge Darrah |
| ZIPCAR INC., MOBILITY INC., | ) Mag. Judge Denlow |
| d/b/a FLEXCAR and I-GO | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW KAREN L. BLOUIN
## AS COUNSEL FOR MEIRAV KESHER HADADI, LTD.

Niro, Scavone, Haller & Niro, who appears on behalf of Meirav Kesher Hadadi, Ltd. ("Plaintiff") as counsel in the above captioned case, hereby moves this court, pursuant to Local Rule 83.17, for leave to withdraw Karen L. Blouin from representation of Plaintiffs in this lawsuit.

Karen L. Blouin is leaving the employ of Niro, Scavone, Haller & Niro. Plaintiffs are not harmed in any way by this withdrawal, as attorneys Raymond P. Niro, Paul K. Vickrey, and Sally J. Wiggins, who are attorneys at Niro, Scavone, Haller & Niro, continue to represent Plaintiff.

WHEREFORE, Niro, Scavone, Haller & Niro respectfully requests that the Court grant its motion for leave to withdraw Karen L. Blouin from representation of Plaintiff.

Date: May 15, 2008

FOR MEIRAV KESHER HADADI, LTD

Respectfully Submitted,

/s/ Sally Wiggins
Paul K. Vickrey
Email: vickrey@nshn.com
Sally J. Wiggins
Email: wiggins@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **MOTION TO WITHDRAW KAREN L. BLOUIN AS COUNSEL FOR MEIRAV KESHER HADADI, LTD.** was filed with the Clerk of the Court on May 15, 2008 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court.

| | |
|---|---|
| Benjamin M. Stern<br>Proskauer Rose<br>One International Place<br>Boston, MA  02110-2600<br>(617) 526-9600<br>(617) 526-9899 (fax) | Wayne L. Stoner<br>Lauren G. Brunswick<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |
| Marshall Seeder (Bar No. 03127674)<br>Jennifer Yule DePriest (Bar No. 6272137)<br>REED SMITH LLP<br>10 South Wacker Drive, Suite 4000<br>Chicago, IL 60606<br>(312) 207-1000<br>(312) 207-6400 (fax) | Leif R. Sigmund, Jr.<br>Jennifer Kurcz<br>McDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>300 S. Wacker Drive, 31st Floor<br>Chicago, IL 60606 |

/s/ Sally Wiggins