IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIRAV KESHER HADADI, LTD., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 07 C 7282 |
| ) | |
| v. ) | |
| ) | Honorable Judge Darrah |
| ZIPCAR INC., MOBILITY INC., ) | Mag. Judge Denlow |
| d/b/a FLEXCAR and I-GO ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 21, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John W. Darrah, or any other judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, **Room 1203**, Chicago, Illinois, and then and there present the Motion of Niro, Scavone, Haller & Niro For Leave To Withdraw Karen L. Blouin From Representation on Behalf of New Medium LLC, AV Technologies LLC, J. Carl Cooper, Pixel Instruments Corporation, IP Innovation LLC, and Technology Licensing Corporation, a copy of which is hereby served upon you.

Date:  May 15, 2008       FOR MEIRAV KESHER HADADI, LTD

                          Respectfully Submitted,


                          /s/ Sally Wiggins
                          Paul K. Vickrey
                          Email: vickrey@nshn.com

Sally J. Wiggins  
Email: wiggins@nshn.com  
NIRO, SCAVONE, HALLER & NIRO  
181 West Madison, Suite 4600  
Chicago, Illinois 60602-4515  
Phone: (312) 236-0733  
Facsimile: (312) 236-3137

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **NOTICE OF MOTION** was filed with the Clerk of the Court on May 15, 2008 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court.

Benjamin M. Stern
Proskauer Rose
One International Place
Boston, MA  02110-2600
(617) 526-9600
(617) 526-9899 (fax)

Wayne L. Stoner
Lauren G. Brunswick
WILMER  CUTLER  PICKERING  HALE AND  DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 (fax)

Leif R. Sigmund, Jr.
Jennifer Kurcz
McDONNELL  BOEHNEN  HULBERT  & BERGHOFF LLP
300 S. Wacker Drive, 31st Floor
Chicago, IL 60606


/s/ Sally Wiggins