## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7282 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Hadadi vs. Zipcar | | |

### DOCKET ENTRY TEXT

Parties joint motion to amend the scheduling order is granted [42]. Opening claim construction briefs to be filed by 8/27/08, response by 9/23/08, reply by 10/8/08. Status hearing and ruling set for 11/20/08 at 9:00 a.m. Discovery ordered closed on 4/17/09. Dispositive motions to be filed by 6/12/09, responses by 7/10/09, replies by 7/24/09. Ruling on dispositive motions is set for 9/3/09 at 9:00 a.m. Pretrial order to be filed by 10/29/09. Pretrial conference set for 9/30/09 is re-set to 11/12/09 at 1:30 p.m. Jury trial set for 10/5/09 is re-set to 11/16/09 at 9:00 a.m. Enter Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|