IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MEIRAV KESHER HADADI, LTD.,**         ) | |
| ) | |
| *Plaintiff and Counter-defendant,*         ) | Case No. 07C7282 |
| ) | |
| v.         ) | The Honorable John W. Darrah, |
| ) | Judge Presiding |
| **ZIPCAR INC., MOBILITY INC. d/b/a**         ) | |
| **FLEXCAR and I-GO,**         ) | Magistrate Judge Denlow |
| ) | |
| *Defendants and Counter-plaintiffs.*         ) | |

## SCHEDULING ORDER

Pursuant to the parties' Joint Initial Status Rule 26(f) Report and the initial status conference held March 27, 2008, this case shall proceed as follows:

| Event | Date |
|---|---|
| Parties to exchange Rule 26(a)(1) disclosures | Completed |
| Parties to exchange list of claim limitations in dispute | June 2, 2008 |
| Parties to exchange proposed constructions of claim limitations in dispute and identify extrinsic evidence to support such constructions | July 1, 2008 |
| Parties to file joint claim construction chart listing proposed constructions and identifying any extrinsic evidence parties intend to use with respect to claim construction | July 30, 2008 |
| Parties to file opening claim construction briefs | August 27, 2008 |
| Parties to file responsive claim construction briefs | September 23, 2008 |
| Parties to file reply briefs to responsive claim construction briefs | October 8, 2008 |
| Status conference and ruling regarding claim construction | November 20, 2008 at 9:00 a.m. |
| Parties to amend pleadings to join additional parties | October 31, 2008 |
| Fact discovery to be completed | January 16, 2008 (all discovery must be initiated to be completed by this date) |

- 2 -

| Event | Date |
|---|---|
| Parties to serve expert reports for any issue on which a party carries the burden of proof | February 19, 2009 |
| Parties to serve rebuttal expert reports | March 18, 2009 |
| Expert discovery to be completed | April 17, 2009 |
| Parties to file dispositive motions | June 12, 2009 |
| Parties to file responses to dispositive motions | July 10, 2009 |
| Parties to file reply briefs to responses to dispositive motions | July 24, 2009 |
| Status conference | September 3, 2009 at 9:30 a.m. |
| Parties to file pretrial order | October 29, 2009 |
| Pretrial conference | November 12, 2009 at 1:30 p.m. |
| Trial | November 16, 2009 at 9:00 a.m. |

IT IS SO ORDERED:

Dated:   May 20, 2008

_____
The Honorable John W. Darrah
United States District Court