IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIRAV KESHER HADADI, LTD., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 07 C 7282 |
| ) | |
| v. ) | |
| ) | Honorable Judge Darrah |
| ZIPCAR INC., MOBILITY INC., ) | Mag. Judge Denlow |
| d/b/a FLEXCAR and I-GO ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL
<u>WITHOUT PREJUDICE AND WITHOUT COSTS</u>**

Each of the parties hereto now stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to a dismissal of this action without prejudice, each party bearing its own costs.

*ZIPCAR INC., MOBILITY INC. D/B/A FLEXCAR AND I-GO*

By:  /s/ Benjamin M. Stern
     Benjamin M. Stern (admitted *pro hac vice*)
     Proskauer Rose
     One International Place
     Boston, MA  02110-2600
     (617) 526-9600
     (617) 526-9899 (fax)

     Marshall Seeder (Bar No. 03127674)
     Jennifer Yule DePriest (Bar No. 6272137)
     REED SMITH LLP
     10 South Wacker Drive
     Suite 4000
     Chicago, IL 60606

(312) 207-1000
(312) 207-6400 (fax)

Wayne L. Stoner (admitted *pro hac vice*)
Lauren Brunswick (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

**I-GO ALTERNATIVE TRANSPORTATION of CHICAGOLAND, INC. d/b/a I-GO**

By: ___*/s/ Leif R. Sigmund*___
    Leif R. Sigmund, Jr.
    Jennifer Kurcz
    McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
    300 S. Wacker Drive, 31st Floor
    Chicago, IL 60606

**MEIRAV KESHER HADADI, LTD.,**

By: ___*/s/ Paul K. Vickrey*___
    Paul K. Vickrey
    Sally J. Wiggins
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison, Suite 4600
    Chicago, IL 60602
    (312) 236-0733
    (312) 236-3137 (fax)