UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Meirav Kesher Hadadi, Ltd.
                                Plaintiff,

v.                                                    Case No.: 1:07−cv−07282
                                                      Honorable John W. Darrah

Zipcar Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

    MINUTE entry before the Honorable John W. Darrah:Parties having filed a stipulation of dismissal without prejudice and without costs, this case is hereby closed. Civil case terminated. Pretrial conference set for 11/12/09 and jury trial set for 11/16/09 is vacated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.